762 A.2d 216

PAUL C. WILLIAMS, APPELLANT–PETITIONER,
v. NEW JERSEY STATE PAROLE BOARD,
RESPONDENT–RESPONDENT.

October 20, 2000.

Petition for certification is granted, the dismissal of petitioner's appeal is summarily reversed, and the matter is remanded to the Appellate Division to determine the need for any transcript of the proceedings before the Board and to consider thereafter the appeal on the merits.

Jurisdiction is not retained.